IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 8

| | | |
|---|---|---|
| DANIEL GARCIA, and DANIEL GARCIA, JR., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| JEFFREY B. SHIPMAN ENTERPRISES, INC., d/b/a/ Southeastern Asphalt, **and JEFFREY B. SHIPMAN** | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is the Motion to Withdraw the Motion for Judgment on the Pleadings [# 18] filed by Defendants.

On November 14, 2017, Defendants filed their Motion for Judgment on the Pleadings. On November 20, 2017, Plaintiffs filed their Amended Complaint. On December 12, 2017, Defendants filed their Motion to Withdraw the Motion for Judgment on the Pleadings.

Accordingly, the Court **GRANTS** the motion [# 18]. Defendants' Motion to for Judgment on the Pleadings [# 14] is withdrawn.

Signed: December 11, 2017

Dennis L. Howell
United States Magistrate Judge